**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

JAN 1 8 2008

U.S. DISTRICT COURT
WHEELING, WV 26003

ROBERT CARNEY and BONNIE CARNEY )
                              )
           Plaintiffs, )
                              )
          v. )          Civil Action No.: 5:07-cv-79
                              )
OHIO RIVER COLLIERIES COMPANY, )
ALL AMERICAN HOMES OF OHIO, LLC, and )
ALL AMERICAN HOMES, LLC, )
                              )
           Defendants. )

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kathy L. Samovitz Greaney, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _January 18, 2008_

_____
United States District Judge