ROBERT CARNEY and BONNIE CARNEY

    Plaintiffs,

v.

CIVIL ACTION NO. <u>5:07-CV-79</u>

ALL AMERICAN HOMES OF OHIO, LLC, and
ALL AMERICAN HOMES, LLC.

    Defendants,

and

OHIO RIVER COLLIERIES COMPANY,

    Defendants/Third Party Plaintiffs,

v.

BRYAN OLLOM dba BRYAN OLLOM EXCAVATING

and

JERRY GUST MASONRY AND CONCRETE, INC.,

    Third Party Defendants.

## ORDER

And now to wit this 4th day of March, 2008, it is ORDERED, ADJUDGED and DECREED that the Motion for Withdrawal of Pro Hac Vice Appearance of Kathy L. Samovitz Greaney is granted.

The record shall reflect that Kathy L. Samovitz Greaney is no longer counsel of record in this case.

IT IS SO ORDERED.

FREDERICK P. STAMP, JUDGE